
# CT Corporation

**Service of Process Transmittal**
12/17/2020
CT Log Number 538762741

**TO:** Ryan Jankowski
Stanley Steemer International, Inc.
5500 INNOVATION DR, SUITE B
DUBLIN, OH 43016-1210

**RE:** Process Served in Florida

**FOR:** Stanley Steemer International, Inc. (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | David Yaeger, Pltf. vs. Stanley Steemer International Inc., Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # CACE20021034 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/17/2020 at 04:16 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/17/2020, Expected Purge Date: 12/22/2020<br><br>Image SOP<br><br>Email Notification, Philip P Ryser  ppryser@steemer.com<br><br>Email Notification, Ryan Jankowski  rjankowski@steemer.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EXHIBIT A



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Dec 17, 2020

**Server Name:** Peter Leon

| | |
|---|---|
| Entity Served | STANLEY STEEMER INTERNATIONAL, INC. |
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | CACE-20-021034-08 |
| Jurisdiction | FL |



Case Number: CACE-20-021034 Division: 08    *12-17-2020*

Filing # 118228840 E-Filed 12/15/2020 12:48:44 PM

*1:55 pm*

*Sps 12.73 p0*

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NUMBER: *CACE-20-021034*
*.08*

DAVID YAEGER,

    Plaintiff,

vs.

STANLEY STEEMER INTERNATIONAL INC.,

    Defendant.

_____/

| Date: | Time: |
|---|---|
| On: | Rel: |
| Server: | #: |

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, on Defendant:

**STANLEY STEEMER INTERNATIONAL INC.**
by and through its Registered Agent

*CT CORPORATION SYSTEM*
*1200 SOUTH PINE ISLAND ROAD*
*PLANTATION, FLORIDA 33324*

    Defendant is required to serve written defenses to the Complaint on: MARK B. CARROLL, ESQ., Plaintiff's attorney, whose address is: 633 South Andrews Avenue, Suite 203, Fort Lauderdale, Florida 33301 (Phone: 954-463-0585) & whose e-mail address is: mbc@markbcarroll.com, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

    WITNESS my hand and the Seal of said Court    DEC 16 2020

BRENDA D. FORMAN
As Clerk of said Court

BY:_____
    As Deputy Clerk

**BRENDA D. FORMAN**

*11055*

Case Number: CACE-20-021034 Division: 08
Filing # 118228840 E-Filed 12/15/2020 12:48:44 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NUMBER: CACE-20-021034.08

DAVID YAEGER,

    Plaintiff,

vs.

STANLEY STEEMER INTERNATIONAL INC.,

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, on Defendant:

**STANLEY STEEMER INTERNATIONAL INC.**
by and through its Registered Agent

*CT CORPORATION SYSTEM*
*1200 SOUTH PINE ISLAND ROAD*
*PLANTATION, FLORIDA 33324*

    Defendant is required to serve written defenses to the Complaint on: MARK B. CARROLL, ESQ., Plaintiff's attorney, whose address is: 633 South Andrews Avenue, Suite 203, Fort Lauderdale, Florida 33301 (Phone: 954-463-0585) & whose e-mail address is: mbc@markbcarroll.com, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

    WITNESS my hand and the Seal of said Court     DEC 16 2020

BRENDA D. FORMAN
As Clerk of said Court

BY:_____
    As Deputy Clerk

BRENDA D. FORMAN

### IMPORTANT

If you are a person with a disability who needs any accommodations to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami-Dade County Court's ADA Coordinator at Lawson E. Thomas Courthouse Center, 175 NW 1st AVE., Suite 2702, Miami, FL 33128, telephone number (305)349-7175 for voice or (305)349-7174 for TDD and 349-7355 for fax, within two working days of your receipt of this document. If you are hearing or voice impaired, please call 711 for the Florida Relay Service.

### IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Filing # 118228840 E-Filed 12/15/2020 12:48:44 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NUMBER: CACE-20-021034-08

DAVID YAEGER,

 Plaintiff,

vs.

STANLEY STEEMER INTERNATIONAL INC.,

 Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, DAVID YAEGER, by and through his undersigned attorneys, and sues the Defendant, STANLEY STEEMER INTERNATIONAL INC., and alleges:

1. That this is an action for damages in excess of THIRTY FIVE THOUSAND DOLLARS ($35,000.00).

2. That the Defendant, STANLEY STEEMER INTERNATIONAL INC., is a corporation which registered with the Florida Division of Corporations, named a registered agent therewith, conducts business at its advertised location in Broward County, Florida and is otherwise sui juris.

3. That on or about September 10, 2019, the Plaintiff, DAVID YAEGER, was an invitee and/or otherwise lawfully upon the premises located at 2242 Wilton Park Drive in Wilton Manors, Florida.

4. That on or about September 10, 2019, the Defendant, STANLEY STEEMER INTERNATIONAL INC., drafted, executed and delivered a written agreement to another apartment

unit occupant at 2242 Park Drive, Wilton Manors, Florida to perform carpet cleaning services. Said services included the cleaning of the floor carpet in the unit's sole stairway from the third to the second floor. Plaintiff was not a party to the agreement.

5. That Defendant knew Plaintiff occupied the apartment and knew Plaintiff would be using the stairway that Defendant intended to clean. Defendant owed a duty to the Plaintiff, pedestrians, and occupants, of the apartment to perform its carpet cleaning services with reasonable care. Defendant knew it used slippery substances and liquid in the cleaning of carpets and that a failure to use reasonable care or to warn of their use could result in risk, danger and possible injury to occupants of the apartment including the Plaintiff. Defendant knew that its liquids and carpet cleaning substances deposited a slippery residue and surface on carpets and that its failure to take reasonable care in the application and removal of said liquids and cleaning substances could result in a slippery carpet surface which could cause a slip and fall and possible injury. Defendant's knowledge of the impact and effect of its cleaning procedures and their resultant carpet slipperiness was *superior* to the knowledge of the Plaintiff. The "wetness" and slipperiness of the carpet during or after Defendant's cleaning procedures was not obvious or even easily perceptible to Plaintiff or any reasonably careful pedestrian.

6. That Defendant on or about September 10, 2019 failed and refused to use reasonable care and was negligent in the cleaning of the subject premises' carpet in the following ways:

a. Applying liquid and slippery cleaning solutions to the carpet and adjacent landing without removal before creating a warning thus making the carpets slippery, dangerous and hazardous to pedestrian travel;

b. Failing to warn Plaintiff of its actions stated in 6(a) above and of the dangerous slippery condition of the carpets it was cleaning;

c. Failing to mark off the carpets and adjacent stairway landing while wet, drying or being cleaned, and failing to restrict or warn of travel over the carpet surfaces it was cleaning and the adjacent stairway landing;

d. Failing to adequately train and supervise its employees in the safe cleaning of carpets and failing to develop adequate procedures for insuring the care and use of its slippery substances and liquids;

e. Creating a slippery, dangerous carpet surface through its cleaning procedures;

f. Failing to correct or cover a dangerous condition created by its cleaning services it knew or should have known was dangerous and could foreseeably cause harm to pedestrians in the subject unit whose carpets it was cleaning;

g. Failing to warn Plaintiff of the dangerous condition of the stairway and adjacent landing it was working on

7. That Defendant, STANLEY STEEMER INTERNATIONAL INC., knew or should have known of the hazardous condition and failed to remedy said hazardous condition or to warn Plaintiff of same.

8. That as a direct and proximate result of the aforesaid negligence of the Defendant, STANLEY STEEMER INTERNATIONAL INC., Plaintiff, DAVID YAEGER, who was without fault, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, scarring, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, DAVID YAEGER, demands judgment against the Defendant,

STANLEY STEEMER INTERNATIONAL INC., for compensatory damages in excess of FIFTEEN THOUSAND ($35,000.00) DOLLARS, plus costs and demands trial by jury.

DATED this 15th day of December, 2020.

> MARK B. CARROLL P.A.
> Attorneys for the Plaintiff
> 633 S. Andrews Avenue, Suite 203
> Fort Lauderdale, Florida 33301
> mbc@markbcarroll.com
> (954) 463-0585
>
> By: /s/ Mark B. Carroll
>     MARK B. CARROLL
>     FBN: 850100

4

Filing # 118228840 E-Filed 12/15/2020 12:48:44 PM

### FORM 1.997.  CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u> COUNTY, FLORIDA

<u>David Yaeger, Mark B. Carroll</u>
Plaintiff

Case # CACE-20-021034
Judge _____ 08

vs.
<u>Stanley Steemer International Inc.</u>
Defendant

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☒ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☐ over $100,000.00

**III.   TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☒ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Mark B. Carroll           Fla. Bar # 850100
       Attorney or party                      (Bar # if attorney)

Mark B. Carroll                   12/15/2020
(type or print name)             Date